Edward Maurice TRIMBLE, Plaintiff-Appellant, v. WOODSTOCK MFG. CO., Inc., Defendant-Appellee.

(Circuit Court of Appeals, Second Circuit. March 10, 1924.)

No. 271.

Appeal from the District Court of the United States for the Western District of New York.

Davis & Simms, of Rochester, N. Y., for appellant.
F. F. Church, of Rochester, N. Y., for appellee.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. We are in agreement with so much of the decree below as was appealed from (297 Fed. 524), and therefore affirm dismissal of the bill, in so far as it alleged infringement of Trimble patent, No. 1,079,695. No other question is before us. Costs of this court to appellee.